UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDERY HERRERA, ON BEHALF OF
HIMSELF AND ALL OTHER
PERSONS SIMILARLY SITUATED,

                Plaintiffs,

                v.

BEL-BORN MANAGEMENT
CORPORATION,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-06711-GHW

**PROOF OF NOTICE**

### CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, I served the foregoing: Your Honor's Order dated September 5, 2024 (Dkt. 6) and Your Honor's Individual Practices in Civil Cases as well as the Summons and Complaint on all other parties in this action by way of electronic mail.

**GOTTLIEB & ASSOCIATES**

*/s/Dana L. Gottlieb, Esq.*

Dana L. Gottlieb, (DG-6151)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Dana@Gottlieb.legal

*Attorneys for Plaintiffs*