USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EDERY HERRERA, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                Plaintiffs,

    v.

BEL-BORN MANAGEMENT CORPORATION,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-06711-GHW

**MEMORANDUM ENDORSED**

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), EDERY HERRERA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action with prejudice and without fees and costs against Defendant, BEL-BORN MANAGEMENT CORPORATION.

Dated: New York, New York
       October 16, 2024

**GOTTLIEB & ASSOCIATES PLLC**

s/Dana L. Gottlieb
Dana L. Gottlieb, Esq (DG-6151)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street
Suite PHR
150 East 18th Street
New York, New York 10003
(212)879-0240
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge

---

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge